United States District Court
Southern District of Texas

**ENTERED**

May 04, 2026

Nathan Ochsner, Clerk

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| NILSON JAVIER GOMEZ-RODAS, | § | CIVIL ACTION NUMBER |
| | § | 4:26-cv-02472 |
|     Petitioner, | § | |
| | § | |
| | § | |
|     versus | § | JUDGE CHARLES ESKRIDGE |
| | § | |
| | § | |
| WARDEN, JOE CORLEY | § | |
| DETENTION CENTER, | § | |
|     Respondent. | § | |

### ORDER OF DISMISSAL

Pending are a *pro se* petition for writ of *habeas corpus* by Petitioner Nilson Javier Gomez-Rodas and a response to by the Government. Dkts 1 (petition) & 7 (response).

Petitioner filed on April 8, 2026. Dkt 1. Mail previously sent to him in this action was returned as undeliverable on April 22, 2026, with the following notation: "R 4-11-26 No longer here." Dkt 5 at 2. Because it wasn't clear from that notation whether Petitioner had been released, relocated, or removed, the Government was ordered to respond to (i) address the propriety of Petitioner's continued detention, and (ii) provide information on Petitioner's current location. Dkt 6.

The Government filed an advisory on April 30, 2026, stating that Petitioner was removed to Honduras on April 11, 2026. Dkt 7.

Petitioner's removal renders this action moot.

This action is DISMISSED WITHOUT PREJUDICE as moot. Dkt 1.

The Clerk of Court is DIRECTED to close the case.

This is a FINAL JUDGMENT.

SO ORDERED.

Signed on May 4, 2026, at Houston, Texas.


Honorable Charles Eskridge
United States District Judge